AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
### Western District of Arkansas

US DISTRICT COURT
WESTERN DIST ARKANSAS
FILED

SEP 28 2018

DOUGLAS F. YOUNG, Clerk
By _____ Deputy Clerk

| | |
|---|---|
| United States of America<br>v.<br><br>Michael Reed<br><br>*Defendant(s)* | )<br>)<br>) Case No. 5:18M-5037-001<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **September 26, 2018** in the county of **Washington County** in the **Western** District of **Arkansas**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 21 U.S.C Section 841 (a)(1) | Possession with Intent to Distribute Methamphetamine |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

_____
*Complainant's signature*

DEA TFO Cody Ross
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 9/28/2018

_____
*Judge's signature*

City and state: Fayetteville, AR

Erin L. Wiedemann, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT

I, Cody Ross, a Task Force Officer with the Drug Enforcement Administration (DEA), being first duly sworn, do herby depose and state as follows:

## INTRODUCTION

1. I, Cody Ross, am a Detective with the Springdale Police Department and I am currently assigned as a Task Force Officer (TFO) to the United States Department of Justice Drug Enforcement Administration (DEA). I have been so appointed since December of 2017. Prior to being appointed as a Task Force Officer, I was employed as a Detective with the Springdale Police Narcotics Unit for approximately four years. During my employment, I have personally conducted or assisted in numerous investigations of criminal violations of the Controlled Substances Act and federal drug trafficking statutes. Many of these investigations have also focused on organizations who have distributed, manufactured, or derived income from illegal sources, specifically from the unlawful distribution of methamphetamine, marijuana, and other controlled substances. The statements contained in this affidavit are based on investigative efforts of this affiant, other law enforcement officials, and on my experience and background as a Task Force Officer with the DEA. I am an investigative or law enforcement officer of the United States within the meaning of Title 18, United States Code, Section 2510(7), and am empowered by law to conduct investigations of, and to make arrests for, offenses enumerated in Title 18, United States Code, Section 2516.

2. This affidavit is being submitted in support of a criminal complaint for Michael Reed on the charge of possession with intent to distribute methamphetamine . The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge

about this matter. Unless specifically indicated otherwise, all conversations and statements described in this affidavit are related in substance and in part only.

## SUMMARY

3. Detectives with the Fourth Judicial District Dug Task Force have been conducting an investigation concerning the distribution of methamphetamine by two individuals residing in the area of Greenburrow Road in Fayetteville, Arkansas, in the Western District of Arkansas. During the course of this investigation, detectives identified Michael Reed as one of the individuals responsible for distributing methamphetamine from a residence located at 14937 Greenburrow Road.

4. Over the course of the past month, detectives received information concerning Reed from multiple independent sources and have been able to corroborate that information by conducting surveillance, and by way of other investigative means, for example, the traffic stop of an individual leaving the residence who was found in possession of methamphetamine, as well as a controlled purchase of methamphetamine from Reed. Further, detectives identified a Nissan Xterra that is often at the Greenburrow property as Reed's vehicle, and confirmed that the license plate on the Xterra returns to the Xterra and shows the Xterra as registered to Reed. Detectives conducting surveillance of the residence during this week have also observed Reed driving this vehicle. Based on the investigation, detectives sought and obtained a search and seizure warrant for the property at 14937 Greenburrow Road in Fayetteville to include the search of the Xterra on the property. During the execution of the warrant on September 26, 2018, approximately one pound of methamphetamine was located and seized from Reed's Nissan Xterra. The methamphetamine was located in a lunch box along with multiple individual baggies, a digital scale, and $2700.00 in currency. The currency also contained Fourth Judicial District Drug Buy

Funds. In addition, a search of the mobile RV that serves as the residence of Reed, detectives located a sawed off 20 gauge Stevens-Savage Arms Corps shotgun with no serial number, along with a digital scale, and pipe. Reed was taken into custody during the warrant execution and transported to the Washington County Jail. The methamphetamine seized from inside Reed's Xterra was field tested by detectives and it tested positive for the presence of methamphetamine. It was later sent to the DEA Laboratory for additional testing.

_____
TFO Cody Ross
Drug Enforcement Administration

AFFIDAVIT subscribed and sworn to before me this __28th__ day of September, 2018.

_____
Erin L. Wiedemann
U.S. Magistrate Judge