IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

US DISTRICT COURT
WESTERN DIST ARKANSAS
FILED

OCT 17 2018

DOUGLAS F. YOUNG, Clerk
By _____
Deputy Clerk

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| VS. | ) | No. 5:18CR 50083-001 |
| | ) | 21 U.S.C. § 841(a)(1) |
| MICHAEL REED | ) | 21 U.S.C. § 846 |
| | ) | 21 U.S.C. § 841(b)(1)(B)(viii) |

## INDICTMENT

The Grand Jury Charges:

### COUNT ONE

Beginning on or about an unknown date, but at least as early as September 15, 2018, and continuing to on or about September 26, 2018, in the Western District of Arkansas, Fayetteville Division, and elsewhere, the defendant, **MICHAEL REED**, and others known and unknown to the Grand Jury, did knowingly and intentionally combine, conspire, confederate and agree with each other, and with others known and unknown to the Grand Jury to distribute a controlled substance, namely, a mixture or substance that contained a detectible amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, U.S.C., § 841(a)(1) and Title 21, U.S.C., § 846.

### COUNT TWO

On or about September 26, 2018, in the Western District of Arkansas, Fayetteville Division, the defendant, **MICHAEL REED**, knowingly and intentionally distributed a controlled substance, namely, a mixture or substance that contained a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, U.S.C. § 841(a)(1).

## COUNT THREE

On or about September 26, 2018, in the Western District of Arkansas, Fayetteville Division, the defendant, **MICHAEL REED**, knowingly and intentionally possessed with the intent to distribute a controlled substance, namely, more than 50 grams of a mixture or substance that contained a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, U.S.C. § 841(a)(1) and Title 21, U.S.C. § 841(b)(1)(B)(viii).

A True Bill.                                            DUANE (DAK) KEES
                                                        UNITED STATES ATTORNEY

*/s/ Grand Jury Foreperson*          By: _____
Grand Jury Foreperson                     Sydney L. Butler
                                          Assistant U.S. Attorney
                                          Arkansas Bar No. 2012238
                                          414 Parker Avenue
                                          Fort Smith, AR 72901
                                          (479) 783-5125
                                          Sydney.L.Butler@usdoj.gov