AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Western District of Arkansas
Fayetteville Division

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) ) ) | No. 5:18CR50083-001 |
| Michael Reed | ) | |

**RECEIVED OCT 1 8 2018 U.S. MARSHALS W/AR**

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay Michael Reed, who is accused of an offense or violation based on the following document filed with the court:

■ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint

☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

2 Counts - Conspiracy to Distribute a Mixture or substance containing Methamphetamine and Distribution of Methamphetamine – No Amount Alleged in violation of Title 21 U.S.C. 841(a)(1) and 846 and 21 U.S.C. § 841(a)(1)
1 Count – Possession w/Intent to Distribute more than 50 Grams of Mixture or Substance containing Methamphetamine in violation of Title 21 U.S.C. 841(a)(1) & 21 U.S.C. 841(b)(1)(A)(viii)

Date: October 18, 2018

*Laura L. Wolfe*

*Issuing officer's signatur*

City and state: Fort Smith, Arkansas          Douglas F. Young, U.S. Clerk
*Printed name and title*

## Return

This warrant was received on (date) 10/18/18, and the person was arrested on (date) 10/31/18
at (city and state) Fayetteville, AR

Date: 10/31/18

*Arresting officer's signature*

BRIAN STANLEY DUSM
*Printed name and title*

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Western District of Arkansas

United States of America
v.

Michael Reed

*Defendant*

Case No. 5:18MJ-5037-001

RECEIVED
SEP 2 8 2018
U.S. MARSHALS W/AR

US DISTRICT COURT
WESTERN DIST ARKANSAS
FILED
SEP 2 8 2018
DOUGLAS F. YOUNG, Clerk
By
Deputy Clerk

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Michael Reed,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Title 21 United States Code Section 841 (a)(1): Possession With Intent to Distribute Methamphetamine

Date: 9/28/2018

*Issuing officer's signature*
Erin L. Wiedemann

City and state:   Fayetteville, AR

Erin L. Wiedemann, United States Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 9/28/18, and the person was arrested on *(date)* 10/30/18
at *(city and state)*   Fayetteville, AR

Date: 10/31/18

*Arresting officer's signature*

BRIAN STANLEY DUSM
*Printed name and title*